COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

FILED by __ D.C.
JUN 2? 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT: MICHAEL EDDY(J)         CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ  pres     ATTY: John Catrone (ret)
AGENT: FBI                    VIOL: 18:1956(h)

PROCEEDING I/A ON SEALED INDICT.   RECOMMENDED BOND 100,000 CSB w/NEBBIA

BOND HEARING HELD - yes/no        COUNSEL APPOINTED _____

BOND SET @ 100,000 CSB w/Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to:

advised of charges - temp cnsl present

Bond hrg deferred

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: 6-28 // LSS
                         PTD/BOND HRG:       6-23 // LSS
                         PRELIM/ARRAIGN:     6-28 // LSS
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/21/00   Time: 11:00   FTL/LSS TAPE #00- 030   Begin: 2663   End: ___

Rec'd in MIA Dkt 6/26

35/sy