UNITED STATES OF AMERICA,  
v.  
Michael Eddy

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154 CR JORDAN

[FILED by __ D.C. JUN 21 2000 CLARENCE MADDOX U.S.D. OF FLA. FT. LAUD.]

NOTICE OF TEMPORARY  
APPEARANCE AS COUNSEL

COMES NOW Law offices of John F. Cotrone and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) John F. Cotrone

Counsel's Signature _____

Address 509 SE 9th St Ft Lauderdale Fl

Zip Code: 33316

Telephone (954)-779-7773

54/3