AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA____ *481430*

UNITED STATES OF AMERICA

V.

MICHAEL EDDY
aka "Doug Eddy," "Sonny"

TO:  **The United States Marshal**
**and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER:

**00-6154**
**CR-JORDAN**

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest_____MICHAEL EDDY_____

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him with (brief description of offense)  RICO conspiracy, Illegal gambling business, Conspiracy to make extortionate extensions of credit, Conspiracy to collect extortionate extensions of credit, Money laundering conspiracy

in violation of Title _18__ United States Code, Section(s) _1962(d), 1955, 892, 894, 1956(h)_

CLARENCE MADDOX

Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT

Title of Issuing Officer

_6/6/00 - Fort Lauderdale, Florida_

Date and Location

Bail fixed at $100,000 Corporate Surety Bond with Nebbia

BARRY S. SELTZER
by _UNITED STATES MAGISTRATE JUDGE_

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ **Ft. Lauderdale, FL** | | |
| DATE RECEIVED **6/6/00** | NAME AND TITLE OF ARRESTING OFFICER **James A. Tassone, US Marshal** | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST **6/21/00** | **FOR:  FBI** | **Fred Depompa, SDUSM** |

78/3