## COURT MINUTES

### U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA

DEFT: MICHAEL EDDY (J)   CASE NO: 00-6154-CR-JORDAN

AUSA: PAUL SCHWARTZ *pres*   ATTY: JOHN CATRONE *pres*

AGENT: _____   VIOL: _____

PROCEEDING BOND HEARING   RECOMMENDED BOND _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED _____

BOND SET @ 250,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: wife & mother

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

FILED by ___ D.C.
JUN 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

REMOVAL HRG: _____

STATUS CONF: _____

Date: 6/23/00   Time: 11:00   FTL/LSS TAPE #00-033   Begin: 1873   End: _____

Rec'd in MIA Dkt 6/27

92/3