REC D by D.C.
JUL 5 2000

# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | MICHAEL EDDY (B) | CASE NO: | 00-6154-CR-~~JORDAN~~ WPD |
| AUSA: | PAUL SCHWARTZ | ATTY: | JOHN CATRONE, ESQ. *perm* |
| AGENT: | | VIOL: | |

PROCEEDING:   INQUIRY RE COUNSEL/ARRAIGNMENT       RECOMMENDED BOND:

BOND HEARING HELD - yes / no        COUNSEL APPOINTED:

BOND SET @:                         To be cosigned by:

FILED by ___ D.C.
JUN 2 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____.
- ☐ Travel extended to: _____.
- ☐ Halfway House _____.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

---

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:   N/A

DATE: 6/28/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00 - 036   Begin: 8/7   End: 11/7