UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA

vs

MICHAEL EDDY

FILED by _____ D.C.

JUN 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:  ON BOND FORM _____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____JOHN CATRONE, ESQ._____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____CON'T AS SET_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this__28TH__ day of __JUNE_____,2000.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/CLERK OF COURT

                                   By:_____
                                      Deputy Clerk

                                   Tape No._____00-036_____

cc: Copy for Judge
    U. S. Attorney