UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 00-6154CR-JORDAN

UNITED STATES OF AMERICA,

MAGISTRATE: BANDSTRA

Plaintiff,

vs.

**NOTICE OF APPEARANCE
FOR REPRESENTATION AT DISTRICT
COURT LEVEL AND FOR TRIAL PURPOSES**

MICHAEL EDDY,

Defendant.

_____/

COMES NOW the Law Offices of JOHN F. COTRONE, ESQ., and files this Appearance as Attorney of Record for the Defendant herein.

I HEREBY CERTIFY that the original hereof has been furnished to the Clerk of the United States District Court, Federal Courthouse Square, 301 North Miami Avenue, Miami, Florida 33128; and a true correct copy hereof to Paul F. Schwartz, Assistant United States Attorney, 99 Northeast Fourth Street, Miami, FL 33132, this 28th day of June, 2000.

JOHN F. COTRONE, P.A.
Attorney for the Defendant
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, Fl 33316
(954) 779-7773

By: _____
JOHN F. COTRONE
Fla. Bar No. 0827762