```
FILED by_____D.C.
APPEAL
        [stamp]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | . CASE NO. 00-6154-CR-JORDAN |
| PLAINTIFF, | . MIAMI, FLORIDA |
| | . JUNE 27, 2000 |
| V. | . 2:00 P.M. |
| REYNOLDS MARAGNI, ET AL., | . |
| DEFENDANTS. | . |

. . . . . . . . . . . . . . . . .

TRANSCRIPT OF ARRAIGNMENT OF PERCY MORRIS AND PRETRIAL

DETENTION HEARING FOR JOSEPH ROTUNNO

HAD BEFORE THE HONORABLE STEPHEN T. BROWN,

UNITED STATES MAGISTRATE JUDGE.

- - - - -

PAGES 1 THROUGH 62

- - - - -

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT PRODUCED BY COMPUTER.

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(305) 523-5568

```
APPEARANCES:

FOR THE GOVERNMENT:   PAUL F. SCHWARTZ
                      JULIA STILLER
                      ASSISTANT U.S. ATTORNEYS
                      99 N.E. 4TH STREET
                      MIAMI, FLORIDA  33132

FOR THE DEFENDANT     H. DOHN WILLIAMS, JR., ESQ.
ROTUNNO               721 N.E. 3RD AVENUE
                      P.O. BOX 1722
                      FT. LAUDERDALE, FLORIDA  33302

FOR THE DEFENDANT     WILLIAM M. MORRIS, ESQ.
MORRIS:               3225 AVIATION AVENUE, SUITE 300
                      COCONUT GROVE, FLORIDA  33133

FOR THE DEFENDANT     ALAN KAUFMAN, ESQ. (PHONETIC)
MARAGNI:

COURT REPORTER:       FRANCINE C. SALOPEK, R.M.R.
                      OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      301 NORTH MIAMI AVENUE, ROOM 804
                      MIAMI, FLORIDA  33128-7709
                      (305)523-5568

                      - - - - -




















PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING, TRANSCRIPT
PRODUCED BY COMPUTER.
```

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE