UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL EDDY,

        Defendant.
_____/

CASE NO.: 00-6154-CR-DIMITROULEAS

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, MICHAEL EDDY, by and through his undersigned counsel, and for his Motion states:

1. On June 28, 2000, Defendant EDDY was arraigned on the above-referenced Indictment.

2. Undersigned counsel seeks a continuance of the case for the reasons set forth below.

3. This is a 17-defendant case which is expected to take at least one (1) month to try. The case involves 133 cassette tapes containing approximately 1,000 conversations that were the subject of a court ordered wiretap, and 41 cassette recordings of consensually recorded conversations involving a confidential informant.

4. As of the date of this Motion, undersigned counsel has not yet received copies of all the tape transcripts, the tapes, wiretap orders and affidavits or the wiretap log sheets. One set of these materials has been provided to one of the lawyers in the case, and each of the lawyers in turn are making arrangements to have these voluminous materials duplicated.

5. It is estimated that all of the tapes contain more than 300 hours of conversations



that counsel has not yet received or reviewed.

      6.    Pursuant to Local Rule 88.9, undersigned counsel has spoken to counsel for the government, who does not oppose this Motion.

WHEREFORE, Defendant EDDY prays that this Court will grant his Unopposed Motion to Continue Trial Date.

> Respectfully submitted,
>
> _____
> JOHN F. COTRONE, P.A.
> Attorney for the Defendant
> 509 S.E. 9th Street, Suite 1
> Ft. Lauderdale, Fl 33316
> Tel: (954) 779-7773
> Florida Bar No. 0827762

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Continue Trial Date has been furnished to U.S. mail this 25th day of July, 2000, to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 N. Dixie Hwy., Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

William Norris, Esq.
3225 Aviation Ave., Suite 300
Coconut Grove, FL 33133
(Counsel for Percy Morris)

James Stark, Esq.
524 S. Andrews Ave., Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Michael Hursey, Esq.
One River Plaza, Suite 800
305 S. Andrews Ave.
Ft. Lauderdale, FL 33301
(Counsel for Jeanne Brooks)

Martin Biswill, Esq.
Assistant Federal Public Defender
101 NE 3 Ave., Suite 202
Ft. Lauderdale, FL 33301

Simon Steckel, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Theodore Klein, Esq.
800 Brickell Ave., Penthouse Two
Miami, FL 33131
(Counsel for Martin Halpern)

Phillip Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esq.
400 SE 6 St.
Ft. Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

Michael Dutko, Esq.
600 S. Andrews Ave., Suite 500
Ft. Lauderdale, FL 33301

Thomas D. Sciafani, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herbert Cohen, Esq.
200 SE 6 St., Suite 205
Ft. Lauderdale, FL 33301
(Counsel for Scott Miller)

H. Dohn Williams, Esq.
P. O. Box 1722
Ft. Lauderdale, FL 33302
(Counsel for Joseph Rotunno)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132-1195
(Counsel for Bert Caskill)

By: _____
JOHN F. COTRONE, ESQ.
Attorney for Michael Eddy