UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL EDDY,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE having come before this Court on Defendant, Michael Eddy' Unopposed Motion To Continue Trial Date [DE-235], and the Court having been duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

John F. Cotrone, P.A.
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, FL 33316

Counsel on attached Sheet



Allen Kaufman, Esq.
2900 N. Dixie Hwy., Suite 201
Oakland Park, FL 33334
(Counsel for Reynolds Maragni)

William Norris, Esq.
3225 Aviation Ave., Suite 300
Coconut Grove, FL 33133
(Counsel for Percy Morris)

James Stark, Esq.
524 S. Andrews Ave., Suite 304N
Ft. Lauderdale, FL 33301
(Counsel for Gary Braeseke)

Michael Hursey, Esq.
One River Plaza, Suite 800
305 S. Andrews Ave.
Ft. Lauderdale, FL 33301
(Counsel for Jeanne Brooks)

Martin Biswill, Esq.
Assistant Federal Public Defender
101 NE 3 Ave., Suite 202
Ft. Lauderdale, FL 33301

Simon Steckel, Esq.
701 Brickell Ave., Suite 3260
Miami, FL 33131
(Counsel for William Hawkins)

Theodore Klein, Esq.
800 Brickell Ave., Penthouse Two
Miami, FL 33131
(Counsel for Martin Halpern)

Phillip Horowitz, Esq.
12651 S. Dixie Hwy., Suite 328
Miami, FL 33156
(Counsel for James Travers)

Raymond Miller, Esq.
400 SE 6 St.
Ft. Lauderdale, FL 33301
(Counsel for Martin Zarcadoolas)

Michael Dutko, Esq.
600 S. Andrews Ave., Suite 500
Ft. Lauderdale, FL 33301

Thomas D. Sciafani, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
(Counsel for Richard D'Onofrio)

Herbert Cohen, Esq.
200 SE 6 St., Suite 205
Ft. Lauderdale, FL 33301
(Counsel for Scott Miller)

H. Dohn Williams, Esq.
P. O. Box 1722
Ft. Lauderdale, FL 33302
(Counsel for Joseph Rotunno)

Dennis R. Bedard, Esq.
1717 N. Bayshore Dr., Suite 102
Miami, FL 33132-1195
(Counsel for Bert Caskill)

John F. Cotrone, Esq.
509 SE 9 St., Suite 1
Ft. Lauderdale, FL 33316
(Counsel for Michael Eddy)