## CRIMINAL MINUTES

FILED by_____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-CR-WPD    DATE: September 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Michael Eddy

U.S. ATTORNEY: Paul Schwartz    DEFT. COUNSEL: John Cotrone

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter guilty plea to Count 1. Gvt agrees to dismiss Cnts 2, 3, 4, 5 @ time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 12/8    TIME: 11:30    FOR: Sentencing

MISC: Written plea agreement filed

376/_