**CRIMINAL MINUTES**

FILED by [signature] D.C.
DEC 0 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6154-CR-WPD    DATE: December 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Weiner    INTERPRETER: ___

UNITED STATES OF AMERICA    VS.    Michael Eddy

U.S. ATTORNEY: Paul Schwartz / Julie Stille    DEFT. COUNSEL: John Citrone

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Court grants 5K1 motion. 5 years Probation w/Condition 1st 180 days on "Home" Electronic monitoring. No Fine, $100 Assessment. 25 hours of Community the 1st year & 50 p/yr thereafter during 5 yrs Probation, to continue w/Gamblers Anonymous

CASE CONTINUED TO: ___    TIME: ___    FOR: ___

MISC: Gov't has filed a 5K1 motion. Deft informed of Right to Appeal.

509/69