UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICAN,              CASE NO.:   00-6154-CR

    Plaintiff,                                    JUDGE:      DIMITROULEAS

vs.

MICHAEL EDDY,

    Defendant.
_____/

## MOTION FOR TERMINATION OF PROBATION

COMES NOW the Defendant, MICHAEL EDDY, by and through undersigned counsel, and respectfully requests that this Honorable Court enter its Order terminating the remainder of the Defendant's probation. As grounds in support of this Motion, the Defendant would state as follows:

1. The Defendant commenced a term of five (5) years probation on December 8, 2000.

2. The Defendant has successfully completed three (3) years of his probation and has complied with all conditions of probation imposed by this Court.

3. The Defendant's attitude and performance demonstrates his rehabilitation and his ability to interact freely in society as well as complying with all of the conditions of his probation.

4. The Defendant resides with his wife and child.

5. The Defendant has been gainfully employed for the past three (3) years at the Ramada Inn located at 101 N. Ocean Dr., Hollywood, Florida 33019.

6. That the Defendant's Probation Officer, Yoland LaFrance, has indicated she cannot disclose any information pertaining to termination but since the Defendant has completed three (3) of the five (5) years, he would be eligible for compliance probation.

7. That undersigned has attempted to contact Assistant United States Attorney Paul F.

Schwartz, but has been unsuccessful to make contact.

WHEREFORE, the Defendant respectfully requests that this Honorable Court enter an Order terminating the Defendant's probation or in the alternative, to allow the Defendant to complete the remaining probation as compliance probation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Paul F. Schwartz, Esq., U.S. Attorney's Office, 500 E. Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394; and to Ofc. Yoland LaFrance, Federal Probation, 299 E. Broward Blvd., Suite 409, Ft. Lauderdale, FL 33301, this 23rd day of December, 2003.

JOHN F. COTRONE, P.A.
Attorney for the Defendant
509 S.E. 9th Street, Suite 1
Ft. Lauderdale, FL 33316
Tel.: (954) 779-7773

By: _____
JOHN F. COTRONE, ESQ.
Fla. Bar No. 0827762