UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,            CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL EDDY,

    Defendant.
_____/

### ORDER DEFERRING RULING ON DEFENDANT'S
### MOTION FOR TERMINATION OF PROBATION

THIS CAUSE having come on for consideration upon Defendant's December 29, 2003 Motion For Termination of Probation, and the Court having considered same, it is

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of December, 2003.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul F. Schwartz, AUSA
John F. Cotrone, Esquire
Ofc. Yoland LaFrance, US Probation Office

