UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA, Plaintiff,

v.

MICHAEL EDDY, Defendant.



**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR TERMINATION OF PROBATION**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney and respectfully responds to defendant's Motion for Termination of Probation as follows:

The government has no opposition to defendant's Motion for Termination of Probation.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: ______________________

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500086
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7392
Facsimile: (954) 356-7230



**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this 5 day of Jan, 2004, to:

John Cotrone, Esquire
509 S.E. 9th St.
Suite 1
Fort Lauderdale, FL 33316

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY