UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL EDDY,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR TERMINATION OF PROBATION

THIS CAUSE having come on for consideration upon Defendant's December 29, 2003 Motion For Termination of Probation [DE-718], and the Court having received a January 5, 2003 Response from the Government [DE-720], it is hereby

ORDERED AND ADJUDGED that the Motion for Termination of Probation is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul F. Schwartz, AUSA
John F. Cotrone, Esquire
Yoland LaFrance, US Probation Office

